**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-14-00096-CV

**VERSATILE MARINE SERVICES, INC., Appellant**

**V.**

**GULF COAST MARINE ASSOCIATES, INC. A/K/A GULF COAST MARINE & ASSOCIATES, INC., Appellee**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Court Cause No. A-194,269**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 25, 2013. On March 20, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.